862

No. 288. GREAT AMERICAN INDEMNITY Co. *v.* SALTZMAN. C. A. 8th Cir. Certiorari denied. *E. L. McHaney, Jr.* and *James M. McHaney* for petitioner. *Thomas B. Tinnon* for respondent.

No. 290. WILLIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. Wray Gill* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 305. ESTATE OF GODLEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Allen S. Hubbard* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 307. DRAPER & Co., INC. *v.* COMMODITY CREDIT CORP. C. A. 1st Cir. Certiorari denied. *Edward C. Park* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.

No. 310. WASHINGTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Don Eastvold,* Attorney General of Washington, and *Harold A. Pebbles,* Special Assistant Attorney General, for petitioner. *Solicitor General Sobeloff* and *Assistant Attorney General Morton* for the United States.

No. 317. GREENVILLE AVENUE STATE BANK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William L. Storey* for petitioner. *Solicitor General Sobeloff, Assist-*